UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS R. HOPKINS,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, *et al.,*<br><br>        Defendants. | Case No. C09-5105 RJB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. # 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at Western State Hospital, in Lakewood, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

    The Clerk is directed to mail a copy of this Order to Plaintiff.

    DATED this  18th  day of March, 2009.

                                    Karen L. Strombom
                                    United States Magistrate Judge