UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENNIS R. HOPKINS,

                Plaintiff,

v.

STATE OF WASHINGTON, *et al.,*

                Defendants.

No. C09-5105 RJB/KLS

**ORDER ON REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, "Plaintiff Addendum to Plaintiff Memorandum Response to Show Cause" (Dkt. 9), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 8), with the exception that this dismissal should not count as a strike under 28 U.S.C. S 1915(g) because plaintiff is not a prisoner;

(2) Plaintiff's request in Dkt. 9 (1) that the court order mental health records and certain court records to be expunged; and (2) that the court order that plaintiff be immediately released from Western State Hospital, do not cure the deficiencies in the complaint and are not properly before the court;

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(3) This action is **DISMISSED without prejudice** prior to service for failure to state a claim; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 9th day of June, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2